1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

11 DANIELLE TRUJILLO, as Guardian Ad

12 Litem for KADEN PORTER, a minor, on behalf of himself and others similarly

13 situated; LACEY MORALES, as Guardian Ad Litem for ISABEL

14 MORALES, a minor, on behalf of herself

15 and others similarly situated; BEVERLY HOY, on behalf of herself and all others

16 similarly situated,

17

18                                    Plaintiffs,

v.

19

20 AMETEK, INC., a Delaware corporation; SENIOR OPERATIONS, LLC, a limited

21 liability company; THOMAS DEENEY; and DOES 2 through 100, inclusive,

22

23                                    Defendants.

24

25 GREENFIELD MHP ASSOCIATES, L.P.; STARLIGHT MHP, LLC; DAVIS

26 GROUP EXCHANGE, LLC; VILLA CAJON MHC, L.P.,

27

28                                    Plaintiffs,

**ORDER REGARDING SETTLEMENT-RELATED MOTIONS**

Case No.: 3:15-cv-01394-GPC-AGS

Case No.:  3:15-cv-01525-GPC-AGS

1

1 | v.

2 | AMETEK, INC; SENIOR
3 | OPERATIONS, LLC; and DOES 1
 | through 100, inclusive,
4 |

 | Defendants.
5 |

6 | ADAM COX, individually, by and    Case No.: 3:17-cv-00597-GPC-AGS
7 | through his durable power of attorney
 | VICTOR COX, and on behalf of himself
8 | and others similarly situated; MARIA
 | OVERTON, individually and on behalf of
9 | herself and others similarly situated;
10 | JORDAN YATES, individually and on
 | behalf of herself and others similarly
11 | situated,
12 |

 | Plaintiffs,
13 |

14 | v.

15 |
 | AMETEK, INC., a Delaware corporation;
16 | THOMAS DEENEY, individually;
 | SERNIOR OPERATIONS LLC, a limited
17 | liability company; and DOES 1 through
 | 100, inclusive,
18 |

19 |
 | Defendants.
20 |

21 | RONALD COX, individually; VICTOR    Case No.: 3:17-cv-01211-GPC-AGS
 | COX, individually, by and through his
22 | durable power of attorney, VICTOR
 | COX,
23 |

24 |
 | Plaintiffs,
25 |

26 | v.

27 | AMETEK, INC., a Delaware corporation;
 | THOMAS DEENEY, individually;
28 | SENIOR OPERATIONS, LLC, a limited

2

liability company; and DOES 1 through 100, inclusive,

                                      Defendants.

v.

MELODY ANNE COLE, individually, and STEPHANIE MARIE WILSON, individually,

                              Nominal Defendants.

In light of the discussion during the pretrial conference held today with counsel from the parties in *Greenfield MHP Associates, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01525-GPC-AGS, the Court sets the following deadlines.

- On or before **June 29, 2018**, the parties in *Greenfield MHP Associates, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01525-GPC-AGS, and *Cox, et al. v. Ametek, Inc., et al.*, No. 3:17-cv-01211-GPC-AGS, shall file a motion for determination of good-faith settlement.

- Also on or before **June 29, 2018**, the parties in *Trujillo, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-1394-GPC-AGS, and *Cox, et al. v. Ametek, Inc.*, No. 3:17-cv-00597-GPC-AGS, shall file a motion for preliminary approval of class action settlement.

- Any response to such motions shall be filed on or before **July 13, 2018**.

- Any reply relating to these motions shall be filed on or before **July 20, 2018.**

- A hearing on these motions will be held on **July 25, 2018, at 1:30 p.m. in Courtroom 2D**.

    **IT IS SO ORDERED.**

Dated:  May 18, 2018

                                    Hon. Gonzalo P. Curiel
                                    United States District Judge

3:15-cv-01525-GPC-AGS