1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 DANIELLE TRUJILLO, as Guardian Ad | **ORDER GRANTING MOTIONS TO** |
| 12 Litem for KADEN PORTER, a minor, on | **CONTINUE DEADLINES** |
| behalf of himself and others similarly | |
| 13 situated; LACEY MORALES, as | Case No.: 3:15-cv-01394-GPC-AGS |
| Guardian Ad Litem for ISABEL | |
| 14 MORALES, a minor, on behalf of herself | |
| 15 and others similarly situated; BEVERLY | |
| HOY, on behalf of herself and all others | |
| 16 similarly situated, | |
| 17 | |
| Plaintiffs, | |
| 18 v. | |
| 19 | |
| 20 AMETEK, INC., a Delaware corporation; | |
| SENIOR OPERATIONS, LLC, a limited | |
| 21 liability company; THOMAS DEENEY; | |
| and DOES 2 through 100, inclusive, | |
| 22 | |
| 23 Defendants. | |
| 24 GREENFIELD MHP ASSOCIATES, | Case No.:  3:15-cv-01525-GPC-AGS |
| 25 L.P.; STARLIGHT MHP, LLC; DAVIS | |
| GROUP EXCHANGE, LLC; VILLA | |
| 26 CAJON MHC, L.P., | |
| 27 Plaintiffs, | |
| 28 | |

1

v.

AMETEK, INC; SENIOR
OPERATIONS, LLC; and DOES 1
through 100, inclusive,

                        Defendants.

ADAM COX, individually, by and                  Case No.: 3:17-cv-00597-GPC-AGS
through his durable power of attorney
VICTOR COX, and on behalf of himself
and others similarly situated; MARIA
OVERTON, individually and on behalf of
herself and others similarly situated;
JORDAN YATES, individually and on
behalf of herself and others similarly
situated,

                        Plaintiffs,

v.

AMETEK, INC., a Delaware corporation;
THOMAS DEENEY, individually;
SERNIOR OPERATIONS LLC, a limited
liability company; and DOES 1 through
100, inclusive,

                        Defendants.

RONALD COX, individually; VICTOR             Case No.: 3:17-cv-01211-GPC-AGS
COX, individually, by and through his
durable power of attorney, VICTOR
COX,

                        Plaintiffs,

v.

AMETEK, INC., a Delaware corporation;
THOMAS DEENEY, individually;
SENIOR OPERATIONS, LLC, a limited

1
2
3
4
5
6
7
8
9

liability company; and DOES 1 through
100, inclusive,

                              Defendants.

v.

MELODY ANNE COLE, individually,
and STEPHANIE MARIE WILSON,
individually,

                        Nominal Defendants.

10
11
12
13
14

The parties in the above captioned cases have filed motions to continue the deadline in each case to file motions for good-faith settlement or preliminary approval of class action settlement.  The motions note that all parties have been working to finalize a global resolution of these cases.  As a result, the Court finds that continuance of the previously set deadline is appropriate.

15
16

In the event that a global resolution is not reached by all parties in these cases, the following deadlines must be met:

17
18
19

- On or before **July 13, 2018**, the parties in *Greenfield MHP Associates, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01525-GPC-AGS, and *Cox, et al. v. Ametek, Inc., et al.*, No. 3:17-cv-01211-GPC-AGS, shall file a motion for determination of good-faith settlement.

20
21
22

- Also on or before **July 13, 2018**, the parties in *Trujillo, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-1394-GPC-AGS, and *Cox, et al. v. Ametek, Inc.*, No. 3:17-cv-00597-GPC-AGS, shall file a motion for preliminary approval of class action settlement.

23
24

- Any response to such motions shall be filed on or before **July 20, 2018**.

25

- Any reply relating to these motions shall be filed on or before **July 23, 2018.**

26
27

The hearing on these motions set for **July 25, 2018, at 1:30 p.m. in Courtroom 2D** remains as scheduled.

28

3

1    **IT IS SO ORDERED.**

2    Dated:  July 10, 2018

3    Hon. Gonzalo P. Curiel
     United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:15-cv-01525-GPC-AGS