1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE TRUJILLO, as Guardian Ad Litem for KADEN PORTER, a minor, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>  v.<br><br>AMETEK, INC., et al.,<br><br>                            Defendants. | No. 3:15-cv-01394-GPC-AGS<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[ECF No. 146] |
| ADAM COX, individually, by and through his durable power of attorney, et al.,<br><br>                            Plaintiffs,<br><br>    vs.<br><br>AMETEK, INC., et al.,<br><br>                            Defendants. | No. 3:17-cv-0597-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[ECF No. 93] |

1 Parties in these related cases filed joint motions to continue. The deadline for filing a motion for preliminary approval of class settlement. No. 3:15-cv-1394-GPC-AGS, ECF No. 146; No. 3:17-cv-597-GPC-AGS, ECF No. 93. Upon consideration of the motions and good cause having been shown, the Court **GRANTS** these motions to continue. The deadline to file any Motion for Preliminary Approval of Class Settlement previously set to October 19, 2018, is **CONTINUED** to November 16, 2018.

**IT IS SO ORDERED.**

Dated: October 15, 2018

Hon. Gonzalo P. Curiel
United States District Judge