UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>                        Plaintiffs,<br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>                        Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Upon consideration of the motion and good cause having been shown, the Court **GRANTS** the motion.

Accordingly, the Court orders that the deadline to file any Motion for Preliminary Approval of Class Settlement is **CONTINUED** to March 22, 2019 and the April 18, 2018 scheduling order [Document 75] is **AMENDED** as follows:

| Event | Deadline Per April 18, 2018 Order | New Deadline |
|---|---|---|
| Fact Discovery Completion | October 12, 2018 | April 16, 2019 |
| Expert Disclosures | January 11, 2019 | July 2, 2019 |
| Rebuttal/Supplemental Disclosures | February 15, 2019 | August 6, 2019 |
| Expert Discovery Completion | March 8, 2019 | September 9, 2019 |
| MSC Briefs | March 15, 2019 | September 17, 2019 |
| Mandatory Settlement Conference | March 22, 2019 at 9:00 a.m. | September 24, 2019 (subject to Court availability) |
| Pretrial Motions | March 29, 2019 | October 1, 2019 |
| Rule 26(a)(3) Disclosures | August 23, 2019 | January 7, 2020 |
| Meet and Confer on the PTO | August 30, 2019 | January 14, 2020 |
| Draft PTO to Defense Counsel | September 6, 2019 | January 21, 2020 |
| Lodge PTO | September 13, 2019 | January 28, 2020 |
| Final Pretrial Hearing | September 20, 2019 at 1:30 a.m. | February 4, 2020 |

**IT IS SO ORDERED.**

Dated: January 18, 2019

Hon. Gonzalo P. Curiel
United States District Judge