Counsel listed on signature pages

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>Plaintiffs,<br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D (2nd Floor-Schwartz)<br>Magistrate: Hon. Andrew G. Schopler<br>Courtroom: 5C (5t11 Floor — Schwartz)<br><br>Complaint Filed: 03/24/2017<br>1st Amended Complaint Filed: 05/23/17<br>Senior 3'" Party Complaint Filed: 6/20/17<br>Ametek 3rd Party Complaint Filed: 6/27/17 |

Plaintiffs ADAM COX, individually, by and through his durable power of attorney, VICTOR COX; MARIA OVERTON; and JORDAN YATES, individually, and on behalf of themselves and others similarly situated, and Defendants AMETEK, INC. ("Ametek"), SENIOR OPERATIONS LLC ("Senior"), and THOMAS DEENEY ("Deeney"), and Third Party Defendants GREENFIELD MHP ASSOCIATES, L.P.; KORT & SCOTT

FINANCIAL GROUP, LLC; TUSTIN RANCH PARTNERS, INC.; SIERRA CORPORATE MANAGEMENT, INC.; STARLIGHT MHP, LLC; VILLA CAJON MHC, L.P.; KMC CA MANAGEMENT, LLC; AND KINGSLEY MANAGEMENT CORP. (collectively "Third Party Defendants")(collectively "the Parties"), by and through their counsel of record, respectfully move this Court, by this Joint Motion, for an order to continue the date for filing any Motion for Preliminary Approval of Class Settlement from March 22, 2019, to May 24, 2019, to allow the Parties one final attempt to finalize settlement agreements and moving papers for preliminary approval in this matter and the related *Trujillo* matter.  This Joint Motion is based on the following:

    1.    Plaintiffs and Senior have executed written settlement agreements in the non-class cases of *Greenfield MHP Associates, L.P., et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01525-GPC-AGS ("*Greenfield*") and *Cox, et al. v. Ametek, Inc., et al.*, No.3:17-cv-01211-GPC-AGS ("*Cox II*").  Plaintiffs and Ametek and Deeney continue to negotiate the language for the settlement agreements in non-class cases *Greenfield* and *Cox II*.  Draft agreements have been circulated between the Parties.

    2.    Plaintiffs and all Defendants continue to negotiate the language for settlement agreements in both class cases, *Trujillo, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01394-GPC-AGS ("*Trujillo*") and this matter, *Cox, et al. v. Ametek, Inc., et al.*, 3:17-cv-00597-GPC-AGS ("*Cox I*").  Draft agreements have been circulated.

    3.    Draft notices of class settlement for both the *Cox I* and *Trujillo* matters were provided to Defendants for review on November 5, 2018.  The notices will be attached to the Motion for Preliminary Approval and served on putative class members.

    4.    On March 21, 2019, the Parties participated in a second Mandatory Settlement Conference with Judge Schopler.  The third party claims in in this case did not settle, which impacts global resolution.  The Parties intend to continue discussion of resolution, with or without the 3rd party claims, in advance of a status conference scheduled for March 28, 2019, and thereafter.  For that reason the Parties request that the date for preliminary approval be continue to May 24, 2019.

5. Given the Parties' ongoing work to finalize resolution between Plaintiffs and all parties, and the upcoming status conference regarding new discovery dates, good cause exists and the Parties respectfully request the Court continue the deadline for filing a Motion for Preliminary Approval of Class Settlement in this *Cox I* matter and the related *Trujillo* matter to May 24, 2019.

Dated:  March 22, 2019              Respectfully submitted,

By:  s/ Jason Julius
**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(admitted Pro Hac Vice)*
(Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
***Attorneys for the Plaintiffs***

DATED:  March 22, 2019             s/ Joseph Duffy
James J. Dragna, Bar No. 91492
Joseph Duffy, Bar No. 241854
Yardena R. Zwang-Weissman, Bar No. 247111
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500

|  |  |
|---|---|
|  | Fax: +1.213.612.2501 |
|  | jim.dragna@morganlewis.com |
|  | joseph.duffy@morganlewis.com |
|  | yardena.zwang-weissman@morganlewis.com |
|  | ***Attorneys for Defendant*** |
|  | ***AMETEK, INC., a Delaware Corporation*** |
| DATED: March 22, 2019 | s/ Edward C. Walton |
|  | Edward C. Walton (Bar No. 78490) |
|  | E-mail: ed.walton@procopio.com |
|  | Sean M. Sullivan (Bar No. 254372) |
|  | E-mail:sean.sullivan@procopio.com |
|  | Kristen L. Price (Bar No. 299698) |
|  | E-mail:kristen.price@procopio.com |
|  | **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP** |
|  | 525 B Street, Suite 2200 |
|  | San Diego, CA 92101 |
|  | Telephone: 619.238.1900 |
|  | Facsimile: 619.235.0398 |
|  | ***Attorneys for AMETEK, Inc. and Thomas Deeney*** |
| DATED: March 22, 2019 | s/ Kimberly Arouh |
|  | Kimberly Arouh (Cal. Bar No. 163285) |
|  | kimberly.arouh@bipc.com |
|  | **BUCHANAN INGERSOLL & ROONEY LLP** |
|  | 600 West Broadway, Suite 1100 |
|  | San Diego, CA 92101-3387 |
|  | Telephone: 619 685-1961 |
|  | Fax: 619 702-3898 |
|  | ***Attorneys for Defendant Senior Operations LLC*** |
| DATED: March 22, 2019 | s/ Colin Howard Walshok |
|  | Robert M. Juskie (SBN 145265) |
|  | rjuskie@wingerlaw.com |
|  | Colin Howard Walshok |
|  | (SBN 255171) |
|  | cwalshok@wingerlaw.com |
|  | **Wingert Grebing Brubaker and Goodwin LLP** |

|  |  |
|---|---|
|  | One America Plaza |
|  | 600 West Broadway Suite 1200 |
|  | San Diego, CA 92101 |
|  | (619) 232-8151 |
|  | Fax: (619) 232-4665 |
|  | ***Attorneys for Third Party Defendants*** |
|  | ***Kingsley Management Corp.,*** |
|  | ***Villa Cajon MHC, L.P., and*** |
|  | ***KMC CA Management, LLC*** |
| DATED:  March 22, 2019 | s/ Gregory Trimarche |
|  | Phil Woog (State Bar No. 134323) |
|  | pwoog@cookseylaw.com |
|  | Theresa H. Lazorisak (State Bar No. 143261) |
|  | tlazorisak@cookseylaw.com |
|  | Gregory Trimarche (State Bar No. 143686) |
|  | gtrimarche@cookseylaw.com |
|  | Paul K. Hoffman (State Bar No. 93968) |
|  | phoffman@cookseylaw.com |
|  | **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG** |
|  | A Professional Corporation |
|  | 535 Anton Boulevard, Tenth Floor |
|  | Costa Mesa, California 92626-1977 |
|  | Telephone: (714) 431-1100; |
|  | Facsimile: (714) 431-1119 |
|  | ***Attorneys for Third-Party Defendants*** |
|  | ***GREENFIELD MHP ASSOCIATES, LP;*** |
|  | ***STARLIGHT MHP, LLC; KORT &*** |
|  | ***SCOTT FINANCIAL GROUP, LLC; TUSTIN*** |
|  | ***RANCH PARTNERS, INC.;*** |
|  | ***and SIERRA CORPORATE MANAGEMENT, INC.*** |

## **SIGNATURE CERTIFICATION**

I, Jason Julius, am the filer of the foregoing Joint Motion, and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "s/" electronic signatures appearing herein which are not my own.

DATED: March 22, 2019         By:   s/Jason Julius
                                    Jason Julius
                                    jjulius@baronbudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 22, 2019.

By: s/Jason Julius
Jason Julius
jjulius@baronbudd.com

7
JOINT MOTION TO CONTINUE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
3:17-cv-00597-GPC-AGS