UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>                                Plaintiffs,<br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>                                Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Upon consideration of the motion and good cause having been shown, the Court **GRANTS** the motion.

Accordingly, the Court orders that the deadline to file any Motion for Preliminary Approval of Class Settlement previously set to May 24, 2019 is **CONTINUED** to July 15, 2019.

**IT IS SO ORDERED.**

Dated:  June 3, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge