**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(admitted Pro Hac Vice)*
(Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>            Plaintiffs,<br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D (2nd Floor-Schwartz)<br>Magistrate: Hon. Andrew G. Schopler<br>Courtroom: 5C (5t11 Floor — Schwartz)<br><br>Complaint Filed: 03/24/2017<br>1st Amended Complaint Filed: 05/23/17<br>Senior 3'" Party Complaint Filed: 6/20/17<br>Ametek 3rd Party Complaint Filed: 6/27/17 |

Plaintiffs ADAM COX, individually, by and through his durable power of attorney, VICTOR COX; MARIA OVERTON; and JORDAN YATES, individually, and on behalf of themselves and others similarly situated, and Defendants AMETEK, INC. ("Ametek"), SENIOR OPERATIONS LLC ("Senior"), and THOMAS DEENEY ("Deeney"), and Third Party Defendants GREENFIELD MHP ASSOCIATES, L.P.; KORT & SCOTT FINANCIAL GROUP, LLC; TUSTIN RANCH PARTNERS, INC.; SIERRA CORPORATE MANAGEMENT, INC.; STARLIGHT MHP, LLC; VILLA CAJON MHC, L.P.; KMC CA MANAGEMENT, LLC; AND KINGSLEY MANAGEMENT CORP. (collectively "Third Party Defendants")(collectively "the Parties"), by and through their counsel of record, respectfully move this Court, by this Joint Motion, for an order to continue the date for filing the Motion for Class Certification and any Motion for Preliminary Approval of Class Settlement to October 7, 2019, to allow the Parties to participate in a further Mandatory Settlement Conference and to finalize settlement agreements and moving papers for preliminary approval in this matter and the related *Trujillo* matter. This Joint Motion is based on the following:

1. To date, the Parties to this case and the other three related groundwater actions[1] have undertaken extensive settlement negotiations, including two Mandatory Settlement Conferences before Judge Schopler. Although global resolution has not been finalized, the Parties have made significant progress. The Third Party claims in this *Cox I* matter, however, remain unresolved and are preventing global resolution.

2. Plaintiffs and Senior have executed written settlement agreements in the non-class cases of *Greenfield* and *Cox II*. Plaintiffs and Ametek and Deeney continue to negotiate the language for the settlement agreements in non-class cases *Greenfield* and

---

[1] The four related groundwater cases are *Greenfield MHP Associates, L.P., et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01525-GPC-AGS ("*Greenfield*"), *Cox, et al. v. Ametek, Inc., et al.*, 3:17-cv-00597-GPC-AGS ("*Cox I*"), *Cox, et al. v. Ametek, Inc., et al.*, No.3:17-cv-01211-GPC-AGS ("*Cox II*"), and this matter, *Trujillo, et al. v. Ametek, Inc., et al.*, No. 3:15-cv-01394-GPC-AGS ("*Trujillo*").

*Cox II*. Draft agreements have been circulated between the Parties and revised by both sides.

2. Plaintiffs and all Defendants continue to negotiate the language for settlement agreements in both class cases, *Trujillo* and *Cox I*. Draft agreements have been circulated and revised by both sides.

3. Draft notices of class settlement for both the *Cox I* and *Trujillo* matters were provided to Defendants for review on November 5, 2018. The notices will be attached to the Motion for Preliminary Approval and served on putative class members.

4. On June 10, 2019, Judge Curiel ordered that the parties attend a further Mandatory Settlement Conference. Dkt. No. 219, *Greenfield*.

6. On June 14, 2019, counsel for Plaintiffs, Senior, and Ametek communicated to Judge Curiel that resolution of the four related groundwater actions may still be possible, and that the Mandatory Settlement Conference would be necessary to address the remaining issue of the Third Party Complaints in the *Cox I* case.

7. On July 2, 2019, the Parties had a telephonic status conference with Judge Schopler to further discuss the MSC. On July 9, 2019, the court issued a minute entry in each of the four Groundwater Case stating: "An order will follow scheduling a global settlement attempt with all of the related cases before a different district judge." To date, no MSC has been calendared, though the Parties hope for it to occur in the next 30 days.

8. Pursuant to the Amended Scheduling Order in this *Cox I* case, the deadline for Plaintiffs to file a Motion for Class Certification is August 26, 2019. Dkt. No. 113.

9. Given the current status of the settlement negotiations between the *Cox I* parties, the status of global settlement negotiations for all four groundwater cases, and the pending MSC ordered by the Court, good cause exists for a brief continuance of Plaintiffs' deadline for filing a Motion for Class Certification and for filing any Motion for Preliminary Approval of Class Settlement.

10. A brief continuance of the deadlines will allow the MSC to be scheduled and completed and will allow the Parties to further and fully explore the potential for global

1  resolution. Obviously where global resolution can be reached, the Motion for Class
2  Certification will be unnecessary. Additionally, if Plaintiffs are required to file the Motion
3  for Class Certification on August 26, 2019, as currently scheduled, significant additional
4  costs will be expended which could further impede the global resolution currently
5  contemplated.

6        11. Further, because the parties' focus has been on trying to finalize a global
7  resolution, certain discovery that may be needed to resolve a motion for class certification
8  has yet to be completed. For instance, AMETEK will want to depose Plaintiffs' experts
9  and Plaintiffs, and prepare contrary expert opinions, before being required to oppose a
10 Motion for Class Certification. Obviously, if the further MSC is set in the near term, and
11 a settlement is finalized, such discovery needs will be mooted.

12       12. Given the Parties' ongoing work to try and finalize resolution between
13 Plaintiffs and all parties, good cause exists and the Parties respectfully request the Court
14 continue the deadline for filing a Motion for Class Certification or a Motion for
15 Preliminary Approval of Class Settlement in *Cox I* to October 7, 2019, or sixty (60) days
16 following the date set for the further MSC, whichever is later, such that if no settlement is
17 reached the necessary discovery may be conducted.

18
19 DATED: July 18, 2019        Respectfully submitted,

          By: s/ Jason Julius
          **BARON & BUDD, P.C.**
          John P. Fiske (SBN 249256)
          Jason Julius (SBN 249036)
          11440 West Bernardo Court Suite 265,
          San Diego, CA 92127
          Telephone: 858-251-7424 Fax: 214-520-1181
          Email: jfiske@baronbudd.com
          Email: jjulius@baronbudd.com

          Scott Summy *(admitted Pro Hac Vice)*
          (Texas Bar No. 19507500)

```
                                Celeste Evangelisti (SBN 225232)
                                3102 Oak Lawn Avenue, Suite 1100
                                Dallas, Texas 75219
                                Telephone: 214- 521-3605 Fax: 214-520-1181
                                Email: Ssummy@baronbudd.com
                                Email: cevangelisti@baronbudd.com
```
*Attorneys for the Plaintiffs*

DATED: July 18, 2019        s/ Edward C. Walton
                                      Edward C. Walton (Bar No. 78490)
                                      E-mail: ed.walton@procopio.com
                                      Sean M. Sullivan (Bar No. 254372)
                                      E-mail:sean.sullivan@procopio.com
                                      Kristen L. Price (Bar No. 299698)
                                      E-mail:kristen.price@procopio.com
                                      **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**
                                      525 B Street, Suite 2200
                                      San Diego, CA 92101
                                      Telephone: 619.238.1900
                                      Facsimile: 619.235.0398
                                      *Attorneys for AMETEK, Inc. and Thomas Deeney*

DATED: July 18, 2019        s/ Kimberly Arouh
                                      Kimberly Arouh (Cal. Bar No. 163285)
                                      kimberly.arouh@bipc.com
                                      **BUCHANAN INGERSOLL & ROONEY LLP**
                                      600 West Broadway, Suite 1100
                                      San Diego, CA 92101-3387
                                      Telephone: 619 685-1961
                                      Fax: 619 702-3898
                                      *Attorneys for Defendant Senior Operations LLC*

DATED: July 18, 2019        s/ Colin Howard Walshok
                                      Robert M. Juskie (SBN 145265)
                                      rjuskie@wingerlaw.com
                                      Colin Howard Walshok (SBN 255171)

|    |                        |                                                        |
|----|------------------------|--------------------------------------------------------|
| 1  |                        | cwalshok@wingerlaw.com                                 |
|    |                        | **Wingert Grebing Brubaker and Goodwin LLP**           |
| 2  |                        | One America Plaza                                      |
| 3  |                        | 600 West Broadway Suite 1200                           |
|    |                        | San Diego, CA 92101                                    |
| 4  |                        | (619) 232-8151                                         |
| 5  |                        | Fax: (619) 232-4665                                    |
|    |                        | *Attorneys for Third Party Defendants*                 |
| 6  |                        | *Kingsley Management Corp.,*                           |
| 7  |                        | *Villa Cajon MHC, L.P., and*                           |
|    |                        | *KMC CA Management, LLC*                               |
| 8  |                        |                                                        |
| 9  | DATED:  July 18, 2019  | s/ Gregory Trimarche                                   |
|    |                        | Phil Woog (State Bar No. 134323)                       |
| 10 |                        | pwoog@cookseylaw.com                                   |
| 11 |                        | Theresa H. Lazorisak (State Bar No. 143261)            |
|    |                        | tlazorisak@cookseylaw.com                              |
| 12 |                        | Gregory Trimarche (State Bar No. 143686)               |
| 13 |                        | gtrimarche@cookseylaw.com                              |
|    |                        | Paul K. Hoffman (State Bar No. 93968)                  |
| 14 |                        | phoffman@cookseylaw.com                                |
| 15 |                        | **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**                |
| 16 |                        | A Professional Corporation                             |
| 17 |                        | 535 Anton Boulevard, Tenth Floor                       |
|    |                        | Costa Mesa, California 92626-1977                      |
| 18 |                        | Telephone: (714) 431-1100;                             |
| 19 |                        | Facsimile: (714) 431-1119                              |
|    |                        | *Attorneys for Third-Party Defendants*                 |
| 20 |                        | *GREENFIELD MHP ASSOCIATES, LP;*                       |
| 21 |                        | *STARLIGHT MHP, LLC; KORT &*                           |
|    |                        | *SCOTT FINANCIAL GROUP, LLC; TUSTIN*                   |
| 22 |                        | *RANCH PARTNERS, INC.;*                                |
| 23 |                        | *and SIERRA CORPORATE MANAGEMENT, INC.*                |
| 24 |                        |                                                        |
| 25 |                        |                                                        |
| 26 |                        |                                                        |
| 27 |                        |                                                        |
| 28 |                        |                                                        |

## SIGNATURE CERTIFICATION

I, Jason Julius, am the filer of the foregoing Joint Motion, and hereby certify that, pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document are acceptable to all persons required to sign the document, and I have authorization to file this document with all "s/" electronic signatures appearing herein which are not my own.

DATED: July 18, 2019    By:  s/Jason Julius

                                                  Jason Julius
                                                jjulius@baronbudd.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2019.

By:   s/Jason Julius

Jason Julius
jjulius@baronbudd.com