# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: *Cox et al v. Ametek, Inc. et al.* (and related cases below)
Case Nos: 17-cv-597-GPC-AGS; 15-cv-1525-GPC-AGS; 15-cv-1394-GPC-AGS; 17-cv-1211-GPC-AGS
HON. Larry Alan Burns          CT. DEPUTY          Rptr.   M. Setterman

    On September 23, 2019 at 12:15 p.m., the Court held a telephonic follow up to the September 20, 2019 settlement conference relating to four related Ametek cases (see 15-cv-1525-GPC-AGS, Dkt. Nos. 228, 229). Appearing on behalf of Plaintiffs was counsel Jason Julius. Appearing on behalf of Ametek were counsel Edward C. Walton and Sean M. Sullivan, as well as party representative Pat Farris. Appearing on behalf of Senior was counsel Kimberly Arouh, as well as party representative Emi Donis. Appearing on behalf of Greenfield and Starlight was counsel Theresa Lazorisak, as well as party representative Airene Williamson. Appearing on behalf of Villa Cajon was counsel Colin Walshok, as well as party representative Nate Nelson. Party Thomas Deeney also appeared. The cases settled. The monetary terms are reflected on the record, with a formal settlement agreement containing all terms to follow. The parties consented to Chief Judge Larry Alan Burns retaining jurisdiction to resolve any disputes related to global settlement, and anticipated motions for approval of certification of the classes, and ultimately, approval of the class settlements. The parties must notify the Court once the parties finalize the written settlement agreement, at which point the Court will set follow-on dates for approval of the class settlements.

DATED: September 23, 2019

INITIALS: Law Clerk   GAP