**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy (*Pro Hac Vice* Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett Land (*Pro Hac Vice* Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice* New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>SENIOR OPERATIONS, LLC, a Delaware limited liability company,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>GREENFIELD MHP ASSOCIATES, L.P., a California limited partnership; KORT & SCOTT FINANCIAL GROUP, LLC, a | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**NOTICE OF UNOPPOSED MOTION FOR ORDER (1) GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (2) CERTIFYING SETTLEMENT CLASS, (3) APPOINTING CLASS REPRESENTATIVES AND CLASS COUNSEL, (4) APPROVING NOTICE PLAN, AND (5) SETTING FINAL APPROVAL HEARING**<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT<br><br>Hearing:   June 8, 2020 at 11:15 a.m.<br><br>Judge:   Hon. Gonzalo P. Curiel<br>Magistrate:   Hon. Andrew G. Schopler<br>Referral:   Hon. Larry Alan Burns<br><br>Complaint Filed: 03/24/2017<br>1st Amended Complaint Filed: 05/23/17<br><br>Senior 3rd Party Complaint Filed: 6/20/17<br>Ametek 3rd Party Complaint Filed: 6/27/17 |

| | |
|---|---|
| 1 | California limited liability company; TUSTIN RANCH PARTNERS, INC., a |
| 2 | California corporation; SIERRA CORPORATE MANAGEMENT, INC., a |
| 3 | California corporation; VILLA CAJON MHC, L.P., a Utah limited partnership; |
| 4 | KMC CA MANAGEMENT, LLC, a Utah limited liability company; KINGSLEY |
| 5 | MANAGEMENT CORP., a Utah corporation; STARLIGHT MHP, LLC, is a |
| 6 | California limited liability company; and ROES 101-200, inclusive, |
| 7 | Third-Party Defendants. |
| 8 | |
| 9 | AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; |
| 10 | |
| 11 | Third-Party Plaintiff, v. |
| 12 | GREENFIELD MHP ASSOCIATES, L.P., a California limited partnership; KORT & |
| 13 | SCOTT FINANCIAL GROUP, LLC, a California limited liability company; |
| 14 | TUSTIN RANCH PARTNERS, INC., a California corporation; SIERRA |
| 15 | CORPORATE MANAGEMENT, INC., a California corporation; VILLA CAJON |
| 16 | MHC, L.P., a Utah limited partnership; KMC CA MANAGEMENT, LLC, a Utah |
| 17 | limited liability company; KINGSLEY MANAGEMENT CORP., a Utah |
| 18 | corporation; STARLIGHT MHP, LLC, is a California limited liability company; and |
| 19 | ROES 101-200, inclusive, |
| 20 | Third-Party Defendants. |

**PLEASE TAKE NOTICE** that on June 8, 2020 at 11:15 a.m., or as soon thereafter as the matter may be heard before the Honorable Larry A. Burns, in Courtroom ___ of the James M. Carter and Judith N. Keep Courthouse, 333 West Broadway, San Diego, California 92101, Plaintiffs Maria Overton and Jordan Yates ("Plaintiffs") hereby move the Court for an order: (1) granting preliminary approval of class action settlement; (2) certifying a settlement class; (3) appointing Plaintiffs as Class Representatives and Plaintiff's Attorneys as Settlement Class Counsel; (4) approving the Notice Plan; and (5) setting the Final Approval Hearing and Schedule.  This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; the Declaration of Jason Julius and all exhibits attached thereto; the record on file and all proceedings had in this matter to date; and all further evidence and argument submitted in support of or against the motion.

Dated:  March 20, 2020

Respectfully submitted,

By:  s/Jason J. Julius
**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 / Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

3
Notice of Unopposed Motion for Preliminary Approval of Class Action Settlement
3:17-cv-00597-GPC-AGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott Summy (*Pro Hac Vice*
Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett Land (*Pro Hac Vice*
Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice*
New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214- 521-3605 / Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com
Email: zsandman@baronbudd.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I electronically filed the foregoing through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2020.

By:   s/Jason J. Julius
       Jason J. Julius
       jjulius@baronbudd.com