**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(Pro Hac Vice* Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett Land (*Pro Hac Vice* Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice* New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**<br><br>HEARING DATE SET BY PRELIMINARY APPROVAL ORDER [ECF NO. 124]<br><br>Hearing: August 24, 2020<br>Time     11:30 a.m.<br><br>Judge:        Hon. Gonzalo P. Curiel<br>Magistrate:  Hon. Andrew G. Schopler<br>Referral:     Hon. Larry A. Burns<br><br>Complaint Filed: 03/24/2017<br>1st Amended Complaint Filed: 05/23/17<br>Senior 3rd Party Complaint Filed: 6/20/17<br>Ametek 3rd Party Complaint Filed: 6/27/17 |

PLEASE TAKE NOTICE that on August 24, at 11:30 a.m., or as soon thereafter as the matter may be heard before the Honorable Larry A. Burns, in Courtroom 14A of the James M. Carter and Judith N. Keep Courthouse, 333 West Broadway, San Diego, California 92101, Plaintiffs/Class Representatives Maria Overton and Jordan Yates, on behalf of themselves, the Class, and the general public, by and through their undersigned counsel of record ("Class Counsel"), hereby respectfully move this Court for entry of an order granting an award of attorneys' fees in an amount of $700,000.00, reimbursement of Class Counsel's costs in an amount totaling $552,611.92, as well as incentive awards to Class Representatives in the amount of $5,000.00 each for their time and effort.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; the Declaration of John P. Fiske; the record on file and all proceedings had in this matter to date; and all further evidence and argument submitted in support of or against the motion.

Dated:  July 10, 2020           Respectfully submitted,

By:  s/ John P. Fiske
**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 / Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy (*Pro Hac Vice*
Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett Land (*Pro Hac Vice*
Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice*
New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:  214- 521-3605 / Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com
Email: zsandman@baronbudd.com

*Attorneys for the Plaintiffs*