**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone: 858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(Pro Hac Vice* Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Brett Land (*Pro Hac Vice* Texas Bar No. 24092664)
Zachary Sandman (*Pro Hac Vice* New York Bar No. 5418926)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: 214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: bland@baronbudd.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated;<br><br>Plaintiffs,<br>v.<br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00597-GPC-AGS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>HEARING DATE SET BY PRELIMINARY APPROVAL ORDER [ECF NO. 127]<br><br>Hearing: August 24, 2020<br>Time: 11:30 a.m.<br><br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate: Hon. Andrew G. Schopler<br>Referral: Hon. Larry A. Burns<br><br>Complaint Filed: 03/24/2017<br>1st Amended Complaint Filed: 05/23/17<br>Senior 3rd Party Complaint Filed: 6/20/17 |

Ametek 3rd Party Complaint Filed: 6/27/17

PLEASE TAKE NOTICE that on August 24, 2020 at 11:30 a.m. or as soon thereafter as the matter may be heard before the Honorable Larry A. Burns, in Courtroom 14A of the James M. Carter and Judith N. Keep Courthouse, 333 West Broadway, San Diego, California, 92101, pursuant to the Court's Order Preliminarily Approving Class Action Settlement dated on April 14, 2020 (Dkt. 127, "Preliminary Approval Order"), Plaintiffs/Class Representatives Maria Overton and Jordan Yates, on behalf of themselves, the Class, and the general public, by and through their undersigned counsel of record ("Class Counsel"), respectfully and jointly hereby move for an order: (1) granting Final Approval of the Class Action Settlement ("Settlement Agreement"); (2) confirming Certification of the Settlement Class; (3) confirming Appointment of Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel; (4) approving Class Counsels' Motion for Attorneys' Fees and Costs, as provided for in the Agreement; (5) approving the appointment and payment of the Claims Administrator, as provided for in the Agreement; (6) approving Incentive Awards to the Class Representatives, as provided for in the Agreement; and (7) directing that the [Proposed] Final Order and Judgment be entered to give finality to the Settlement.

///
///
///
///
///

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; the Declaration of Jason Julius; the Declaration of Maria Overton; the Declaration of Jordan Yates; the Declaration of Cameron R. Azari; the Declaration of Robert Hyte; the record on file and all proceedings had in this matter to date; and all further evidence and argument submitted in support of or against the motion.

Dated:  July 24, 2020

Respectfully submitted,

By:  s/Jason Julius
**BARON & BUDD, P.C.**
John P. Fiske (SBN 249256)
Jason Julius (SBN 249036)
11440 West Bernardo Court Suite 265,
San Diego, CA 92127
Telephone:  858-251-7424 Fax: 214-520-1181
Email: jfiske@baronbudd.com
Email: jjulius@baronbudd.com

Scott Summy *(admitted Pro Hac Vice)*
(Texas Bar No. 19507500)
Celeste Evangelisti (SBN 225232)
Carla Burke *(admitted Pro Hac Vice)*
(Texas Bar No. 24012490)
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone:  214- 521-3605 Fax: 214-520-1181
Email: Ssummy@baronbudd.com
Email: cevangelisti@baronbudd.com
Email: cburkepickrel@baronbudd.com

*Attorneys for the Plaintiffs*