# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AMETEK, INC., et al.<br><br>　　　　　　　　　Defendants. | Case No.: 17-cv-597-GPC (AGS)<br><br>**ORDER CONTINUING HEARING** |

In light of scheduling conflicts, the hearings on the Motion for Attorney Fees, Costs, and Incentive Awards (Dkt. 128) and the Motion for an Order Granting Final Approval of Class Action Settlement (Dkt. 129) are **CONTINUED** to **August 31, 2020 at 11:30 a.m**. No appearance will be required in this case on August 24, 2020.

**IT IS SO ORDERED**.

Dated: August 19, 2020

_____
**Hon. Larry Alan Burns**
Chief United States District Judge