1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

9
10
11
12
13
14

| | |
|---|---|
| ADAM COX, et al. | Case No.:  17-cv-597-GPC (AGS) |
| Plaintiffs, | **ORDER CONTINUING HEARING** |
| v. | |
| AMETEK, INC., et al. | |
| Defendants. | |

15   The hearings on the Motion for Attorney Fees, Costs, and Incentive Awards
16   (Dkt. 128) and the Motion for an Order Granting Final Approval of Class Action Settlement
17   (Dkt. 129) are **CONTINUED** to **August 31, 2020 at 1:30 p.m.**

18   **IT IS SO ORDERED**.

19   Dated:  August 28, 2020

**Hon. Larry Alan Burns**
Chief United States District Judge

20
21
22
23
24
25
26
27
28