# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Cox et al. v. Ametek, Inc. et al.**          Case Number:  **17-cv-597-GPC-AGS**

Hon. Larry Alan Burns          Ct. Deputy: T. Weisbeck          Reporter: C. Ott

At the August 31, 2020 hearing on Plaintiffs' Motion for Order Granting Final Approval of the Class Action Settlement, the Court identified several deficiencies in the settlement agreement and accompanying documents. The parties indicated that they intend to negotiate an amended settlement agreement, and the Court set a hearing on such an agreement's final approval for **October 5, 2020 at 1:30 p.m. in Courtroom 14A**.

Among the issues the Court identified was the apparent existence of undisclosed agreements made in connection with the settlement agreement. The global settlement appears to involve at least two such agreements and addenda, rather than just the one discussed at the hearing. *See, e.g.,* Dkt. 126-3 ¶ 19.2. When seeking approval of the amended settlement agreement, the movant must disclose both of those agreements along with any other agreements made in connection with the amended settlement agreement. *See* Fed R. Civ. P. 23(e)(3); Fed. R. Civ. P. 23(e)(2)(C)(iv).

Any amended settlement agreement should be accompanied by a version of the agreement that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how the amended agreement differs from the previously submitted agreement.

Further briefing on the approval of the proposal shall address the factors set forth in the 2018 revision to Fed. R. Civ. P. 23(e)(2).

Date:  September 2, 2020          Hon. Larry A. Burns
Chief United States District Judge