UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>AMETEK, INC., et al.,<br><br>        Defendants. | Case No.:  3:17-cv-00597-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR AN ORDER GRANTING FINAL APPROVAL [Dkt. 137]**<br><br>State Action Filed: May 29, 2015<br>Case Removed:      June 25, 2015<br>Trial date: |

At the August 31, 2020 hearing on the parties' Motion for an Order Granting Final Approval of the Class Action Settlement and Class Counsel's Motion for Fees and Costs, the Court directed the parties to address several issues in the settlement agreement and accompanying documents that precluded the Court from granting those motions. It set a hearing to address an amended settlement agreement and supporting briefing for October 5, 2020 at 1:30 p.m.

---

1

ORDER GRANTING JOINT MOTION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR AN ORDER GRANTING FINAL APPROVAL

3:17-cv-00597-GPC-AGS

Representing that they have circulated such an amended agreement "for approval and execution," the parties jointly move for a continuance of the hearing. The Court finds good cause for the requested continuance and **GRANTS** the Joint Motion.

The hearing is **CONTINUED** from October 5, 2020 at 1:30 p.m., to **October 26, 2020 at 2:00 p.m.** The parties must file the amended proposed settlement agreement, the comparison document described by the Court's prior minute order, Dkt. 134, and supporting briefing no later than October 19, 2020.

**IT IS SO ORDERED.**

DATED: October 1, 2020

_____
Hon. Larry A. Burns
United States District Judge