UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM COX, individually, by and through his durable power of attorney, VICTOR COX, and on behalf of himself and others similarly situated; MARIA OVERTON, individually, and on behalf of herself and others similarly situated; JORDAN YATES, individually, and on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMETEK, INC., a Delaware corporation; THOMAS DEENEY, individually; SENIOR OPERATIONS, LLC, a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00597-GPC-AGS<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL OF THIRD-PARTY COMPLAINTS WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II) & (C) [Dkt. 153] |
| AND RELATED THIRD-PARTY CLAIMS. | |

Third-Party Plaintiffs and Third-Party Defendants moved jointly to dismiss all third-party claims in this case. Dkt. 153. That Motion is **GRANTED**.

The Court **DISMISSES WITH PREJUDICE** all third-party claims in their

entirety that have been or could have been the subject matter of any such third-party claims, counterclaims, defenses, or otherwise asserted against one another in this matter, in accordance with the terms of the Amended Settlement Agreement (as defined in the Court's December 15, 2020 Final Judgment and Order relating to Plaintiffs' claims in this action, Dkt. 151). Each party shall bear his, her or its own attorneys' fees and costs.

The Court's December 15, 2020 Final Judgment and Order directed that Magistrate Judge Andrew G. Schopler, or another assigned Magistrate Judge sitting in this District in the event of Judge Schopler's unavailability, would retain jurisdiction over several matters relating to the Amended Settlement Agreement:

1) Its interpretation and implementation;
2) Any matters arising out of or related to its interpretation or implementation;
3) Resolution of any settlement disputes and enforcement of its terms; and
4) Any requests to amend it.

That retention of jurisdiction applies to all such matters, including those involving the parties dismissed by this Order.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: December 23, 2020

Hon. Larry A. Burns
Chief United States District Judge